JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

24CV50498

FILED
12/9/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Orestes, Hernandez

Plaintiff(s)

v.

Defendant(s)
Brittany, Greene

Case Number: 1998 CF-2404

Judge: Rosemary, Collins

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Orestes Hernandez, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: (NOTE: This item must be completed.)

   but I have been unable to find an attorney because: I have no financial support to paid for one.

3. I declare that (check all that apply):
   (Now:)
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☒ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

- [x] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. [ ] I declare that my highest level of education is (check one):
7th Grade in ~~elem~~ the country of Cuba.
   - [x] Grammar school
   - [ ] Some high school
   - [ ] High school graduate
   - [ ] Some college
   - [ ] College graduate
   - [ ] Post-graduate

6. [x] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. [ ] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. [x] I declare under penalty of perjury that the foregoing is true and correct.

Orestes Hernandez
Signature of Movant

Western Ill-Corr. Center
Street Address

11-6-2024
Date

2500 Rt 99 South
Mount Sterling, IL-62353
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]