**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Hernandez v. Greene

Case Number: 24 C 50498

An appearance is hereby filed by the undersigned as attorney for:
Brittany Greene, Warden Western Illinois Correctional Center

Attorney name (type or print): Katherine Snitzer

Firm: Illinois Attorney General

Street address: 115 S. LaSalle St.

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6321551
(See item 3 in instructions)

Telephone Number: (872) 272-0784

Email Address: katherine.snitzer@ilag.gov

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/14/25

Attorney signature: S/ Katherine Snitzer
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

**CERTIFICATE OF SERVICE**

I certify that on January 14, 2025, I electronically filed an Appearance with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and caused copies of those documents to be mailed via the United States Postal Service to the following non-CM/ECF user:

Orestes Hernandez
K82946
Western Illinois Correctional Center
2500 Rt. 99 South
Mount Sterling, IL 62353

/s/ Katherine Snitzer
KATHERINE SNITZER, Bar No. 6321551
Assistant Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
(872) 272-0784
katherine.snitzer@ilag.gov

*Counsel for Respondent*